■ WORLD-WIDE AUTOMOBILES CORP. et al., Respondents, v. PHILIP MANDEL, Appellant, et al., Defendant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN SIMONETTI.— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN SIMONETTI.— Motion granted insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WALTER ALBERTI (Also Known as WALTER SULLIVAN).— Motion denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM EDWARD ARMSTRONG against HENRY J. NOBLE, as Warden of the New York City Penitentiary, et al.— Motion denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ FRANCISCO QUINONES v. WATSON ELEVATOR CO., INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ FRANCISCO QUINONES v. WATSON ELEVATOR CO., INC.— Motion granted only to the extent of permitting the plaintiff to prosecute his appeal from the judgment of the Supreme Court, Bronx County, entered December 1, 1958, as a poor person and to enlarge his time to serve and file the record on appeal and the appellant's points up to and including January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. The order of this court entered January 8, 1959 is modified accordingly. In all other respects, the motion is denied without prejudice, however, to the renewal of the application to the Trial Justice for an order directing the official stenographer to furnish the plaintiff-appellant with a copy of the stenographic minutes of the trial, free of charge, and for the issuance of a certificate to said official stenographer of the sum to which he is entitled as statutory fees therefor and directing the Comptroller of the City of New York to pay the same upon presentation of such certificate. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES BROOKS.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ ANGELO DE GARO v. ANTOINETTE MARINO et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ WALTER THORNTON v. NEW YORK WORLD-TELEGRAM CORP.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.